# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              vs.<br><br>FRANCISCO ALONSO-GALLARDO,<br><br>                              Defendant. | CASE NO. 07cr2163-JAH<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of: __8:1326 (A) AND (B)__

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/28/07

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE


ENTERED ON _____

FILED
AUG 28 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY